# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2019

## NO. 03-19-00273-CV

**Sally Schultz Blair, Appellant**

**v.**

**Duane Blair, Appellee**

## APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on January 23, 2019. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.